In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00320-CR
_____

LANDON COLLINS TALKINGTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. 23885

MEMORANDUM OPINION

The trial court sentenced Landon Collins Talkington on May 19, 2015. On August 10, 2015, Talkington filed a notice of appeal from an order denying a "Motion to Waiver Payment of Fines, Court Cost, and Court-Appointed Attorney Fees." *See generally* Tex. Code Crim. Proc. Ann. art. 43.091 (West Supp. 2014). An appeal in a criminal case must be specifically authorized by statute, and a court of appeals lacks jurisdiction to review interlocutory and post-judgment orders unless such jurisdiction has been expressly granted by law. *Apolinar v. State*, 820

1

S.W.2d 792, 794 (Tex. Crim. App. 1991) (no interlocutory appeal from an order denying a special plea); *see also Haile v. State*, 451 S.W.3d 856, 857-58 (Tex. App.—Austin 2014, no pet.) (no appeal from a trial court's post-judgment ruling denying a motion to dismiss court costs and fines). Talkington has failed to show any authority granting an intermediate appellate court jurisdiction to consider an appeal from the denial of his post-conviction motion. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

      APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 22, 2015
Opinion Delivered September 23, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.